Form 27 - GENERAL PURPOSE

**WASHINGTON SQUARE LEGAL SERVICES, INC.**
**ATTN: AMANDA KLASING**
U.S. SOUTHERN DIST. COURT      NEW YORK   COUNTY

---

FRANCISCO MALDONADO, ETANO            plaintiff

- against -

ZENLIGHTEN LLC, ETAL                   defendant

---

Index No. **07-CV-10462**

Date Filed  ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**RUDOLPH WRIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the  **28th**  day of **November, 2007**      at  **04:35 PM.**,      at
**401 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10014**
I served a true copy of the
**SUMMONS AND COMPLAINT**

upon **ZENLIGHTEN LLC D/B/A GOBO**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
**MATHEW LEDBETTER, AUTHORIZED TO ACCEPT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
SEX: **MALE**         COLOR: **WHITE**         HAIR: **RED/BRW**
APP. AGE: **35**      APP. HT: **6:0**          APP. WT: **175**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
3rd day of December, 2007n

KENNETH WISSNER
Notary Public, State of New York
No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3WSLS94539