Form 27 - GENERAL PURPOSE

WASHINGTON SQUARE LEGAL SERVICES, INC.
ATTN: AMANDA KLASING
U.S.SOUTHERN DIST. COURT     NEW YORK  COUNTY
------------------------------------------------------

FRANCISCO MALDONADO, ETANO                    plaintiff

              - against -

ZENLIGHTEN LLC, ETAL                          defendant

Index No. 07-CV-10462

Date Filed  .............

Office No.

Court Date:    /   /

------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**RUDOLPH WRIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the  **28th  day of November, 2007**     at  **04:35 PM.**,    at
**401 AVENUE OF THE AMERICAS
NEW YORK, NY 10014**
I served a true copy of the
**SUMMONS AND COMPLAINT**

upon **HEALTHY VILLAGE LLC D/B/A GOBO**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
**MATHEW LEDBETTER, MANAGING AGENT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
SEX: **MALE**           COLOR: **WHITE**         HAIR: **RED/BRW**
APP. AGE: **35**        APP. HT: **6:0**         APP. WT: **175**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
3rd  day of  December, 2007n


KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA  CENTRAL  JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3WSLS94540