Form 27 - GENERAL PURPOSE

**WASHINGTON SQUARE LEGAL SERVICES, INC.**
**ATTN: AMANDA KLASING**
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY

---

FRANCISCO MALDONADO, ETANO                    plaintiff

         - against -

ZENLIGHTEN LLC, ETAL                          defendant

Index No. 07-CV-10462

Date Filed ............

Office No.

Court Date:  / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**RUDOLPH WRIGHT**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **30th**  day of November, 2007     at  10:30 AM.,            at
   **1426 THIRD AVE**
   **NEW YORK, NY 10028**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **DHARADHARA LLC D/B/A GOBO**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **ADRIANA KULIGOWSKA, AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**         COLOR: **WHITE**        HAIR: **BLONDE**
      APP. AGE: **30**        APP. HT: **5:7**        APP. WT: **137**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
3rd  day of  December, 2007n


KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3WSLS94541