```
Form 02 - SUITABLE AGE           AETNA CENTRAL JUDICIAL SERVICES
```

**WASHINGTON SQUARE LEGAL SERVICES, INC.**
**ATTN: AMANDA KLASING**
U.S. SOUTHERN DIST. COURT     NEW YORK   COUNTY

------------------------------------------------------

FRANCISCO MALDONADO, ETANO                plaintiff

                - against -

ZENLIGHTEN LLC, ETAL                      defendant

Index No. 07-CV-10462

Date Filed ............

Office No.

Court Date:   /   /

------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**RUDOLPH WRIGHT**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28th** day of **November, 2007   04:35 PM**    at
   **%GOBO, 401 AVENUE OF THE AMERICAS**
   **NEW YORK, NY 10014**
I served the   **SUMMONS AND COMPLAINT**
upon **DARRYN WU**
**the DEFENDANT**   therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **MATHEW LEDBETTER, CO-WORKER**
a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**    HAIR: **BROWN**    AGE: **35**    HEIGHT: **6:0**    WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
On **12/03/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
3rd   day of   December,   2007n

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3WSLS94545