Form 02 - SUITABLE AGE             AETNA CENTRAL JUDICIAL SERVICES
**WASHINGTON SQUARE LEGAL SERVICES, INC.**
**ATTN: AMANDA KLASING**
U.S.SOUTHERN DIST. COURT      NEW YORK COUNTY
-------------------------------------------------------
                                                        Index No. 07-CV-10462
FRANCISCO MALDONADO, ETANO                 plaintiff
                                                        Date Filed ............
              - against -
                                                        Office No.
ZENLIGHTEN LLC, ETAL                       defendant
                                                        Court Date:   /  /
-------------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
**RUDOLPH WRIGHT**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
**28th** day of **November, 2007   04:35 PM**       at
     **%GOBO,401 AVENUE OF THE AMERICAS**
     **NEW YORK, NY 10014**
I served the  **SUMMONS AND COMPLAINT**
upon **DAVID WU**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     **MATHEW LEDBETTER, CO-WORKER**
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **WHITE**    HAIR: **RED/BRW**    AGE: **35**   HEIGHT: **6:0**    WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
On **12/03/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
3rd  day of December,        2007n
                                           ........................
KENNETH WISSNER                            RUDOLPH WRIGHT  1022795
Notary Public State of New York            AETNA CENTRAL JUDICIAL SERVICES
    No.01WI4714130                         225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY               NEW YORK, NY, 10007
Commission Expires 03/30/2010              Reference No: 3WSLS94544