```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
              WASHINGTON SQUARE LEGAL SERVICES, INC.
              ATTN: AMANDA KLASING
U.S.SOUTHERN DIST. COURT        NEW YORK    COUNTY
---------------------------------------------------------
                                                Index No. 07 CV 10462
FRANCISCO MALDONADO, ETANO              plaintiff
                                                Date Filed  ...........
                    - against -
                                                Office No.
ZENLIGHTEN LLC, ETAL                    defendant
                                                Court Date:   / /
---------------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
RUDOLPH WRIGHT      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
28th day of November, 2007   04:35 PM            at
    %GOBO, 401 AVENUE OF THE AMERICAS
    NEW YORK, NY 10014
I served the   SUMMONS AND COMPLAINT
upon "CHEF JOSE"
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    MATHEW LEDBETTER, CO-WORKER
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: WHITE    HAIR: RED/BRW    AGE: 35    HEIGHT: 6:0    WEIGHT: 175
OTHER IDENTIFYING FEATURES:
On 12/03/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
3rd   day of  December,           2007n

KENNETH WISSNER
Notary Public, State of New York       RUDOLPH WRIGHT   1022795
    No.01WI4714130                     AETNA   CENTRAL   JUDICIAL   SERVICES
Qualified in NEW YORK COUNTY           225 BROADWAY, SUITE 1802
Commission Expires 03/30/2010          NEW YORK, NY, 10007
                                       Reference No: 3WSLS94550
```