UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
FRANCISCO MALDONADO and                      :
RICARDO NARCIZO,                             :
                                             :    Civil Action No.: 07 CIV 10462 (SAS)
           Plaintiffs,                       :
                                             :    ORDER
                                             :
     v.                                      :
                                             :
ZENLIGHTEN LLC d.b.a. GOBO;                  :
HEALTHY VILLAGE LLC d.b.a. GOBO;             :
DHARADHARA LLC d.b.a. GOBO;                  :
DARRYN WU; DAVID WU; YUKI CHEN;              :
TIEH JYH WU; and "CHEF JOSE,"                :
                                             :
           Defendants.                       :
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: 12/19/07

IT IS on this _18_ day of _DEC_____, 2007 ORDERED that Defendants'

request for an extension of time until February 8, 2008 to answer, move or otherwise respond to

the Complaint is granted. *No further extensions will be granted*

*for any reason.*

SO ORDERED:

Hon. Shira A. Scheindlin