

**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

Carolyn D. Richmond
Direct Dial: (212) 878-7983
Email Address: crichmond@foxrothschild.com



December 17, 2007

**VIA FACSIMILE/FIRST CLASS MAIL**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   **Maldonado *et al.* v. Zenlighten LLC d.b.a. Gobo *et al.*
      Docket No.: 07-CV-10462 (SAS)**

Dear Judge Scheindlin:

    This firm represents the above-referenced Defendants in this matter. Please accept this letter in lieu of a more formal filing to request an extension of time for Defendants to answer, move or otherwise respond to the Complaint. Defendants were served on or about November 29, 2007. The undersigned were retained as counsel for Defendants on December 13, 2007. On that day, we contacted Plaintiffs' counsel, Haeyoung Yoon, of Washington Square Legal Services, in an effort to secure a brief extension of time in which to meet with our clients, investigate the claims and prepare an appropriate response. Defendants initially requested until January 30, 2008.

    Plaintiffs' counsel denied that request and only agreed until December 18th. Subsequently, Plaintiffs' counsel informed Defendants that she would not agree to any extension beyond the middle of January. However, as explained in greater detail below, in light of the holiday vacation such an extension is not enough time for Defendants to adequately fact gather, interview relevant parties, and assess and draft any possible motions. While Defendants would have liked to resolve this matter without involving the Court, unfortunately the parties were unable to reach an agreement.

    Plaintiffs filed the above Action on November 20, 2007. The Complaint is being brought on behalf of two former employees of Defendants by Washington Square Legal Services, Inc. and the Urban Justice Center. The Complaint is signed by Ms. Yoon and also lists the names of two legal interns, Anjali Bhargava and Amanda Klasing. We advised Ms. Yoon that Defendants' counsel will be on vacation and out of the office the week of Christmas. Subsequent to that conversation, we learned that the named-Defendants would also be on vacation and unavailable to meet with us this week. Thus,



**Fox Rothschild** LLP
ATTORNEYS AT LAW

The Honorable Shira A. Scheindlin
December 17, 2007
Page 2

Thus, the earliest we will be able to begin preparing an adequate defense and case assessment is after January 2, 2008.

    Plaintiffs' served a complicated, 158-paragraph Complaint involving multiple claims under the Fair Labor Standards Act, Family Medical Leave Act, New York Labor Law, and a variety of state tort claims. The Defendants are small business owners of modest means who we believe should be entitled to a brief extension of time normally accorded as a matter of courtesy among practitioners in this District. Accordingly, Defendants respectfully request that Your Honor grant Defendants' request for an extension to answer, move or otherwise respond to the Complaint until February 8, 2008.

    Defendants' counsel is available to participate in an in-person or telephone conference in order to address these matters further if that would be helpful to the Court's resolution of the matter. Attached herein is a draft Order.

    Thank you for your courtesies and consideration in this regard.

                                    Respectfully submitted,

                                    Carolyn D. Richmond (CR-0993)
                                    Principal

DFS/ar

cc:    Haeyoung Yoon, Esq. (via facsimile)
       Washington Square Legal Services, Inc.
       245 Sullivan Street, 5th Floor
       NY, NY 10012
       Telephone: (212) 998-6430    Fax: (212) 995-4031

       Molly Biklen, Esq. (via facsimile)
       Urban Justice Center
       123 William Street, 16th Floor
       NY, NY 10038
       Telephone: (212) 646-459-3008    Fax: (212) 533-4598

NY1 89602v1 12/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FRANCISCO MALDONADO and
RICARDO NARCIZO,

        Plaintiffs,

v.

ZENLIGHTEN LLC d.b.a. GOBO;
HEALTHY VILLAGE LLC d.b.a. GOBO;
DHARADHARA LLC d.b.a. GOBO;
DARRYN WU; DAVID WU; YUKI CHEN;
TIEH JYH WU; and "CHEF JOSE,"

        Defendants.
-----------------------------------------------------------x

Civil Action No.: 07 CIV 10462 (SAS)

**ORDER**

IT IS on this 20 day of December, 2007 ORDERED that Defendants' request for an extension of time until February 8, 2008 to answer, move or otherwise respond to the Complaint is granted. *No further adjournments*

SO ORDERED:

_____
Hon. Shira A. Scheindlin

NY1 89693v1 12/17/07