

**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/08

Donia Sawwan
Direct Dial: 212-878-7939
E-mail: dsawwan@foxrothschild.com

RECEIVED
CHAMBERS OF

JAN 2 - 2008

JUDGE SCHEINDLIN

December 27, 2007

**VIA FACSIMILE/FIRST CLASS MAIL**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

> **Re:    Maldonado et al. v. Zenlighten LLC d.b.a. Gobo et al.**
> **Docket No.: 07-CV-10462 (SAS)**

Dear Judge Scheindlin:

    This firm represents the above-referenced Defendants in this matter. On December 18, 2007, this Court entered an Order granting Defendants' request for an extension of time, until February 8, 2008, to answer, move or otherwise respond to the Complaint since the undersigned counsel had recently been retained by Defendants and needed a brief extension in order to adequately fact gather, interview relevant parties, and assess the case. As such, Defendants would like to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled on January 9, 2008 so that Defendants may have the opportunity to prepare its case assessment and meaningfully participate in the Conference.

    Thank you for your courtesies and consideration in this regard.

Request denied.
Conference to remain as
scheduled.
So Ordered.

Respectfully submitted,

Donia Sawwan

Donia Sawwan (DS-9338)

DFS/ar

cc:    Haeyoung Yoon, Esq. (via facsimile)
      Washington Square Legal Services, Inc.
      245 Sullivan Street, 5th Floor
      NY, NY 10012
      Tel.: (212) 998-6430
      Fax: (212) 995-4031

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania

NY1 97777v1 12/27/07



Fox Rothschild LLP
ATTORNEYS AT LAW

The Honorable Shira A. Scheindlin
December 27, 2007
Page 2

Molly Biklen, Esq. (via facsimile)
Urban Justice Center
123 William Street, 16th Floor
NY, NY 10038
Tel.: (212) 646-459-3008
Fax: (212) 533-4598