# IMMIGRANT RIGHTS CLINIC
## WASHINGTON SQUARE LEGAL SERVICES, INC.
245 SULLIVAN STREET, 5TH FLOOR
NEW YORK, NEW YORK 10012
TEL: 212-998-6430
FAX: 212-995-4031

NANCY MORAWETZ
HAEYOUNG YOON
Supervising Attorneys

ANJALI BHARGAVA
AMANDA KLASING
Law Student Interns

**Via ECF and Facsimile**

January 7, 2008

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: <u>Maldonado</u> et al. v. <u>Zenlighten LLC</u> et al., 07 CV 10462 (SAS) (THK)

Dear Judge Scheindlin:

We represent the Plaintiffs in the above referenced action. We are writing to respectfully submit the enclosed Law Student Intern Appearance Forms for Anjali Bhargava and Amanda Klasing, who will be supervised by Haeyoung Yoon in the above action during the 2007-2008 academic year.

Thank you for your attention to this matter.

Respectfully submitted,

Haeyoung Yoon (HY 8962)

Encl.

cc:   Carolyn D Richmond, Esq., Attorneys for Defendants (via Facscimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALDONADO et al.

v.

ZENLIGHTEN LLC et al.

No. _____ 07 CV 10462 _____

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in _____ New York University School of Law _____ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    01/06/08
    (date)

    _____
    (Signature of Student)
    Anjali Bhargava

2. Certification of Law School Dean or his Authorized Designee

    I certify that this student:

    (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that _____ Haeyoung Yoon/Nancy Morawetz _____, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    1-3-08
    (date)

    _____
    (Signature of Dean or Authorized Designee)
    Randy Hertz

    _____ Director of Clinical and Advocacy Programs _____
    (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.



_1/7/2008_
(date)

(Signature of Attorney)
Haeyoung Yoon
Nancy Morawetz

_1/7/2008_ (date)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.



_01/06/08_
(date)

(Signature of Client)
Francisco Maldonado

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____
(date)

_____
(Signature of Judge)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____MALDONADO et al._____

v.

_____ZENLIGHTEN LLC et al._____

No. _____07 CV 10462_____

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in _____New York University School of Law_____ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    _____01/07/08_____
    (date)

    _____Amanda K._____
    (Signature of Student)
    Amanda Klasing

2. Certification of Law School Dean or his Authorized Designee

    I certify that this student:

    (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that _____Haeyoung Yoon / Nancy Morawetz_____, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    _____1-7-08_____
    (date)

    _____[signature]_____
    (Signature of Dean or Authorized Designee)
    Randy Hertz

    _____Director of Clinical and Advocacy Programs_____
    (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

__1/7/2008__
(date)



(Signature of Attorney)
Haeyoung Yoon
Nancy Morawetz

__1/7/2008__ (date)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

__01/06/08__
(date)

(Signature of Client)
Francisco Maldonado

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____
(date)

_____
(Signature of Judge)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALDONADO et al.

v.

ZENLIGHTEN LLC et al.

No. 07 CV 10462

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in _____New York University School of Law_____ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   01/06/08
   (date)

   (Signature of Student)
   Anjali Bhargava

2. Certification of Law School Dean or his Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that _____Haeyoung Yoon  Nancy Morawetz_____, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   1-4-08
   (date)

   (Signature of Dean or Authorized Designee)
   Randy Hertz

   Director of Clinical and Advocacy Programs
   (Position of Above)

Case 1:07-cv-10462-SAS   Document 14   Filed 01/07/2008   Page 7 of 9

3. Consent of Supervising Attorney

   As a member of the bar of the United States District Court for the Southern District of New York, I will:

   (a) assume personal professional responsibility for this student's work;
   (b) assist this student to the extent necessary;
   (c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
   (d) appear with this student in all proceedings before the Court.

   __1/7/2008__                              _____
   (date)                                    (Signature of Attorney)
                                             Haeyoung Yoon
   __1/7/2008__ (date)                       _____
                                             Nancy Morawetz

4. Consent of Client or United States Attorney

   I authorize this student:

   (a) to appear in court or at other proceedings on my behalf, and
   (b) to prepare documents on my behalf.

   I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

   __14-11-2007__                            _____
   (date)                                    (Signature of Client)
                                             Ricardo Narcizo

   (If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

   I authorize this student:

   (a) to appear in court or other proceedings on behalf of the above client, and
   (b) to prepare documents on behalf of the above client.

   _____                    _____
   (date)                                    (Signature of Judge)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____MALDONADO et al._____

v.

_____ZENLIGHTEN LLC et al._____

No. _____07 CV 10462_____

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in _____New York University School of Law_____ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   _____01/06/08_____                          _____[signature]_____
   (date)                                        (Signature of Student)
                                                 Amanda Klasing

2. Certification of Law School Dean or his Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that _____Haeyoung Yoon/Nancy Morawetz_____ who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   _____1-4-08_____                            _____[signature]_____
   (date)                                        (Signature of Dean or Authorized Designee)
                                                 Randy Hertz

                                                 _____Director of Clinical and Advocacy Programs_____
                                                 (Position of Above)

3. Consent of Supervising Attorney

   As a member of the bar of the United States District Court for the Southern District of New York, I will:

   (a) assume personal professional responsibility for this student's work;
   (b) assist this student to the extent necessary;
   (c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
   (d) appear with this student in all proceedings before the Court.

   _1/7/2008_  
   (date)

   (Signature of Attorney)  
   Haeyoung Yoon  
   Nancy Morawetz

   _1/7/2008_ (date)

4. Consent of Client or United States Attorney

   I authorize this student:

   (a) to appear in court or at other proceedings on my behalf, and
   (b) to prepare documents on my behalf.

   I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

   _14-11-2007_  
   (date)

   (Signature of Client)  
   Ricardo Narcizo

   (If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

   I authorize this student:

   (a) to appear in court or other proceedings on behalf of the above client, and
   (b) to prepare documents on behalf of the above client.

   _____  
   (date)

   _____  
   (Signature of Judge)

SDNY Web 12/99                -2-