UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
*Maldonado*

*v.*

*Zenk* *(?)*

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY ...
DOC #:
DATE FILED: 1/8/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 10462 (SAS)( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: \_\_\_\_

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York

*[signature]*
United States District Judge

*February would be best. Thanks*