FOX ROTHSCHILD LLP
Carolyn D. Richmond, Esq. (CR-0993)
Donia Sawwan, Esq. (DS-9338)
Eli Z. Freedberg, Esq. (EF-6854)
100 Park Avenue, Suite 1500
New York, NY 10017
Phone: (212) 878-7900

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO MALDONADO and RICARDO NARCIZO,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ZENLIGHTEN, LLC d.b.a. GOBO;<br>HEALTHY VILLAGE LLC d.b.a. GOBO;<br>DHARADHARA LLC d.b.a. GOBO;<br>DARRYN WU; DAVID WU; YUKI CHEN;<br>TIEH JYH WU; and "CHEF JOSE,"<br><br>　　　　　　　　Defendants. | 07-CV-10462(SAS)<br><br>ECF CASE<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants ZENLIGHTEN, LLC d/b/a Gobo("Zenlighten"); HEALTHY VILLAGE LLC ("Healthy Village") d/b/a Gobo; DHARADHARA LLC d/b/a Gobo ("Dharadhara") disclose that no publicly held corporation holds any of their stock.

Dated: February 8, 2008　　　　　　　　FOX ROTHSCHILD LLP
New York, New York　　　　　　　　　　*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　/s/ Carolyn D. Richmond
　　　　　　　　　　　　　　　　　　　　By: Carolyn D. Richmond (CR-0993)
　　　　　　　　　　　　　　　　　　　　100 Park Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　(212) 878-7983

## CERTIFICATE OF SERVICE

CAROLYN D. RICHMOND, an attorney admitted to practice in this Court, hereby states that on February 8, 2008, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

WASHINGTON SQUARE LEGAL SERVICES, INC.
Haeyoung Yoon, Esq. (HY-8962)
245 Sullivan Street, 5th Floor
New York, NY 10012
Tel: 212-998-6430
Fax: 212-995-4031
Attorney for Plaintiffs

URBAN JUSTICE CENTER
Molly Biklen, Esq. (MB-3491)
123 William Street, 16th Floor
New York, NY 10038
Tel: 646-459-3008
Fax: 212-533-4598
Attorney for Plaintiffs

/s/ Carolyn D. Richmond
Carolyn D. Richmond (CR-0993)