CAROLYN D. RICHMOND, ESQ. (CR-0993)
DONIA SAWWAN, ESQ. (DS-9338)
ELI Z. FREEDBERG, ESQ. (EF-6854)
FOX ROTHSCHILD LLP
100 Park Avenue
Suite 1500
New York, New York 10017
(212) 878-7900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO MALDONADO, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ZENLIGHTEN, LLC, *et al.*,<br><br>　　　　　　　Defendants. | 07 Civ. 10462(SAS) |

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that Eli Z. Freedberg, Esq. of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Zenlighten LLC d/b/a Gobo, Healthy Village LLC d/b/a Gobo, DharaDhara LLC d.b.a. Gobo, Darryn Wu, David Wu, Yuki Chen, Tieh Jyh Wu, and "Chef Jose' (the "Defendants"), to represent them in connection with the above-captioned proceeding (the "Proceeding"). Mr. Freedberg's address and telephone number are:

        Fox Rothschild LLP  
        100 Park Avenue, 15th Floor  
        New York, New York 10017  
        Attn: Eli Z. Freedberg, Esq.  
        Tel: (212) 878-7970  
        Fax: (212) 692-0940  
        Email: efreedberg@foxrothschild.com  

Dated:   New York, New York  
        February 18, 2008  

        FOX ROTHSCHILD LLP  
        Counsel to Defendants Zenlighten LLC d/b/a Gobo, Healthy Village LLC d/b/a Gobo, DharaDhara LLC d.b.a. Gobo, Darryn Wu, David Wu, Yuki Chen, Tieh Jyh Wu, and "Chef Jose'  

        By: _/s/ Eli Z. Freedberg_____  
        Eli Z. Freedberg (EF-6854)  
        100 Park Avenue, 15th Floor  
        New York, New York 10017  
        (212) 878-7900

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notice of such filing to the following:

WASHINGTON SQUARE LEGAL SERVICES, INC.
Haeyoung Yoon (HY 8962)
Anjali Bhargava, Legal Intern
Amanda Klasing, Legal Intern
245 Sullivan Street, 5th Floor
New York, NY 10012
Tel: 212-998-6430

URBAN JUSTICE CENTER
Molly Biklen (MB 3491)
123 William Street, 16th Floor
New York, NY 10028
Tel: 646-459-3008

By: /s/ Eli Z. Freedberg
Eli Z. Freedberg (EF-6854)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900