FOX ROTHSCHILD LLP
Carolyn D. Richmond, Esq. (CR-0993)
Donia Sawwan, Esq. (DS-9338)
Eli Z. Freedberg, Esq. (EF-6854)
100 Park Avenue, Suite 1500
New York, NY 10017
Phone: (212) 878-7900

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO MALDONADO and RICARDO NARCIZO,<br><br>                Plaintiffs,<br><br>    -against-<br><br>ZENLIGHTEN, LLC d.b.a. GOBO;<br>HEALTHY VILLAGE LLC d.b.a. GOBO;<br>DHARADHARA LLC d.b.a. GOBO;<br>DARRYN WU; DAVID WU; YUKI CHEN;<br>TIEH JYH WU; and "CHEF JOSE,"<br><br>                Defendants. | 07-CV-10462(SAS)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Fox Rothschild LLP hereby appears in the above-captioned action as counsel for Defendants ZENLIGHTEN, LLC d/b/a Gobo ("Zenlighten"); HEALTHY VILLAGE LLC d/b/a Gobo ("Healthy Village"); DHARADHARA LLC d/b/a Gobo ("Dharadhara"); DARRYN WU; DAVID WU; YUKI CHEN; TIEH JYH WU; and SHAO FENG TANG (incorrectly pled as "CHEF JOSE") (collectively "Defendants"), and requests that copies of all notices sent in this case, and all papers filed in this case, be served upon the undersigned as follows:

NY1 109783v1 03/13/08

        Donia Sawwan, Esq. (DS 9338)
        FOX ROTHSCHILD LLP
        100 Park Avenue, Suite 1500
        New York, New York 10017
        Telephone: (212) 878-7900
        Facsimile: (212) 692-0940

                FOX ROTHSCHILD LLP
                Attorneys for Defendants

        By: _____
               DONIA SAWWAN (DS 9338)
               100 Park Avenue, Suite 1500
               New York, New York 10017
               Telephone: (212) 878-7900
               Facsimile: (212) 692-0940

Dated: March 13, 2008
      New York, New York

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, the foregoing Notice of Appearance was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| WASHINGTON SQUARE LEGAL SERVICES, INC.<br>Haeyoung Yoon, Esq. (HY 8962)<br>Amanda Klasing, Legal Intern<br>Anjali Bhargava, Legal Intern<br>245 Sullivan Street, 5th Floor<br>New York, NY 10012<br>Tel: 212-998-6430<br>Fax: 212-995-4031<br>YoonH@juris.law.nyu.edu<br>Amk422@nyu.edu<br>Ab2708@nyu.edu | URBAN JUSTICE CENTER<br>Molly Biklen, Esq. (MB 3491)<br>123 William Street, 16th Floor<br>New York, NY 10038<br>Tel: 646-459-3008<br>Fax: 212-533-4598<br>MBiklen@urbanjustice.org |

*Donia Sawwan* (signature)
———————————
Donia Sawwan

Dated: March 13, 2008