# IMMIGRANT RIGHTS CLINIC
## WASHINGTON SQUARE LEGAL SERVICES, INC.
### 245 SULLIVAN STREET, 6TH FLOOR
### NEW YORK, NEW YORK 10012
### TEL: 212-998-6430
### FAX: 212-995-4031

NANCY MORAWETZ
HAEYOUNG YOON
Supervising Attorneys

ANJALI BHARGAVA
AMANDA KLASING
Law Student Interns

March 28, 2008

VIA FASCIMILE: 212-805-7920

RECEIVED
CHAMBERS OF

MAR 2 8 2008

JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/08

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:    Maldonado *et al.* v. Zenlighten LLC d.b.a Gobo *et al.*
       Docket No.: 07-CV-10462 (SAS)(THK)

Dear Judge Scheindlin:

We, along with the Urban Justice Center, represent the Plaintiffs in the above-referenced case. We are writing to request a brief extension of the parties' impending discovery deadlines.

Both parties have served their first sets of interrogatories and document requests. Defendants' responses are due March 31 and Plaintiffs' responses are due April 2. In addition, Plaintiffs are scheduled to provide names of their experts by April 3. The parties have discussed extending these deadlines but could not agree on a new deadline. We propose April 15.

The parties are in the process of discussing the potential settlement of this case. Three days ago, we met for a second settlement conference before Magistrate Judge Katz, who agreed to continue facilitating settlement discussions into next week. Extending discovery deadlines by approximately two weeks would allow us to pursue these discussions without unnecessarily delaying litigation. While both parties agree to some extension of time, Defendants oppose our proposed deadline of April 15 in favor of an excessive 45-day extension that would require revising other dates in the Scheduling Order.

The proposed order accompanying this letter reflects all dates in the original Scheduling Order dated January 9, 2008, with the exception of the date for providing names of experts provided in paragraph (3)(c). We respectfully request that the Court grant parties ample time to continue settlement discussions without otherwise disturbing the course of litigation outlined in the Scheduling Order. No prior requests for discovery extensions have been made in this case.

*The parties must respond to the first sets of interrogatories and document requests by April 30, 2008. Plaintiffs will provide names of their experts by April 30, 2008. This does not affect any other dates in the Scheduling Order.*

Respectfully submitted,

Date:
March 31
2008

SO ORDERED:

*[signature]*

Anjali Bhargava, Legal Intern
Amanda Klasing, Legal Intern
Haeyoung Yoon, Esq. (HY 8962)

*Shira A. Scheindlin, USDJ*

cc:    Donia Sawwan, Esq., Eli Freedberg, Esq., Carolyn Richmond, Esq. (via facsimile: 212-692-0940)

WASHINGTON SQUARE LEGAL SERVICES, INC. IS A NOT-FOR-PROFIT CORPORATION IN SUPPORT OF
THE CLINICAL EDUCATION PROGRAMS OF THE NEW YORK UNIVERSITY SCHOOL OF LAW