UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

FRANCISCO MALDONADO and
RICARDO NARCIZO,

                Plaintiffs,

- against -

ZENLIGHTEN LLC d.b.a. GOBO,
HEALTHY VILLAGE LLC d.b.a. GOBO,
DHARADHARA LLC d.b.a. GOBO,
DARRYN WU, DAVID WU, YUKI CHEN,
TIEH JYH WU, AND "CHEF JOSÉ,"

                Defendants.
------------------------------------------------------------ X

<u>ORDER OF
DISMISSAL</u>

07 Civ. 10462 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

       The parties having notified the Court that they have reached a resolution of this action,

       IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which

event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 30, 2008

## - Appearances -

**For Plaintiffs:**

Haeyoung Yoon, Esq.
New York University School of Law
Washington Square Legal Services Inc.
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6467
Fax: (212) 995-4031

Molly Knopp Biklen, Esq.
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10038
(646) 602-5600
Fax: (212) 533-4598

**For Defendants:**

Carolyn Diane Richmond, Esq.
Donia Sawwan, Esq.
Eli Zev Freedberg, Esq.
Fox Rothschild LLP
100 Park Avenue
New York, NY 10019
(212) 878-7983
Fax: (212) 692-0940