# IMMIGRANT RIGHTS CLINIC
## WASHINGTON SQUARE LEGAL SERVICES, INC.
245 SULLIVAN STREET, 5TH FLOOR
NEW YORK, NEW YORK 10012
TEL: 212-998-6430
FAX: 212-995-4031

NANCY MORAWETZ
HAEYOUNG YOON
Supervising Attorneys

ANJALI BHARGAVA
AMANDA KLASING
Law Student Interns

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/27/08]

[Stamp: MAY 2 2008 JUDGE SCHEINDLIN]

By Facsimile: (212) 805-7920

May 27, 2008

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: Maldonado et al. v. Zenlighten LLC et al., 07 CV 10462 (SAS) (THK)

Dear Judge Scheindlin:

On behalf of Plaintiffs in the above-referenced action, I respectfully request a 30-day extension of the Order of Dismissal Your Honor issued on April 30, 2008. As the Court is aware, the parties have agreed to settle this matter. The parties are in the process of finalizing the agreement, and we anticipate that drafting and signing of the agreement can be completed within the next month.

I have communicated with defendants' counsel and they consent to this request.

Respectfully submitted,

Haeyoung Yoon (HY 8962)

cc: Donia Sawwan, Attorneys for Defendants (by facsimile)

*[Handwritten note:]* Request granted. Either party may reinstate the case by June 30, 2008. So Ordered. [signature] USDJ 5/27/08